# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1534

_____

| | | |
|---|---|---|
| In re: Sheila Paskel, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| ---------------------- | * | |
| | * | Appeal from the United States |
| U.S. Trustee, | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Appellee, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| Thomas Womack, Jr., | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: July 15, 1998

Filed: July 20, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

The bankruptcy court[1] entered judgment against Thomas Womack, Jr., in an adversary proceeding. Womack timely appealed, but failed to perfect the appeal in accordance with Bankruptcy Rule 8006. The bankruptcy court thus referred the case to the district court[2] for such action as it deemed appropriate, under Bankruptcy Rule 8001(a). The district court issued a show-cause order affording Womack the opportunity to explain his failure to perfect the appeal, and warning him that he faced dismissal. Womack's filing was unresponsive on this issue, and the district court dismissed the appeal. Womack now appeals that dismissal. We conclude that the district court did not abuse its discretion in dismissing the bankruptcy appeal for failure to perfect it. See In re Fitzsimmons, 920 F.2d 1468, 1470-71 (9th Cir. 1990) (standard of review); see also In re Champion, 895 F.2d 490, 492 (8th Cir. 1990) (per curiam). Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mary D. Scott, United States Bankruptcy Judge for the Eastern District of Arkansas.

[2]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.